**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pine Tree Condominium Association, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-1350100** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2900 Creel Rd.** <br> **Atlanta, GA 30349** | **5900 Windward Pkwy.** <br> **Suite 390** <br> **Alpharetta, GA 30005** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Pine Tree Condominium Association, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Pine Tree Condominium Association, Inc.**                    Case number (*if known*) _____
                 Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Pine Tree Condominium Association, Inc.**                                  Case number (*if known*)
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Pine Tree Condominium Association, Inc.**                    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2024**
                MM / DD / YYYY

**X** **/s/ Marion Webb**                              **Marion Webb**
Signature of authorized representative of debtor        Printed name

Title   **Vice President**

**18. Signature of attorney**

**X** **/s/ Mark D. Gensburg**                         Date  **July 26, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Mark D. Gensburg 213119**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone   **404-564-9300**          Email address   **info@joneswalden.com**

**213119 GA**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Pine Tree Condominium Association, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 26, 2024__

*X* **/s/ Marion Webb**
Signature of individual signing on behalf of debtor

**Marion Webb**
Printed name

**Vice President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pine Tree Condominium Association, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliance Management Group LLC 109 Hilltop Drive Canton, GA 30114** | | | | | | **$11,146.19** |
| **Andre Forrester 709 Pine Tree Trail Atlanta, GA 30349** | | | | | | **$1,394.71** |
| **City of Atlanta Watershed Dept 72 Marietta Street NW Atlanta, GA 30303** | | **Accrued Water and Sewer usage bills.** | | | | **$2,205,391.70** |
| **City of South Fulton, Georgia c/o Fincher Denmark LLC 100 Hartsfield Cntr Pkwy #400 Atlanta, GA 30354** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Crestmark Roofing&Construction PO Box 1482 Douglasville, GA 30133** | | | | | | **$7,920.00** |
| **Flora Assets, LLC c/o Ayoub and Mansour, LLC 675 Seminole Ave NW, Ste 301 Atlanta, GA 30307** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Fulton Co. Tax Commissioner 141 Pryor St SW #1085 Atlanta, GA 30303** | | | | **$467.84** | **$0.00** | **$467.84** |

Debtor   **Pine Tree Condominium Association, Inc.**
Name _____    Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fulton Co. Tax Commissioner 141 Pryor St SW #1085 Atlanta, GA 30303** | | | | $638.86 | $0.00 | $638.86 |
| **Harvest Assets, LLC c/o Ayoub and Mansour, LLC 675 Seminole Ave NW, Ste 301 Atlanta, GA 30307** | | | | Unknown | $0.00 | Unknown |
| **HM Plumbing 1750 Powder Springs Rd Suite 190-372 Marietta, GA 30064** | | | | | | $9,118.79 |
| **MD & Associates, LLC 7350 Wright Drive Atlanta, GA 30349** | | | | | | $1,125.00 |
| **Neptune Capital LLC c/o Fletcher Law Firm LLC 328 SE Alexander St, Suite 10 Marietta, GA 30060** | | | | Unknown | $0.00 | Unknown |
| **One Atlanta Rehab PO Box 94231 Atlanta, GA 30377** | | | | | | $13,300.00 |
| **Southern Gutters & Repairs LLC 1301 Keys Ferry Rd McDonough, GA 30252** | | | | | | $1,400.00 |
| **TDGA, LLC c/o Ayoub and Mansour, LLC 675 Seminole Ave NW, Ste 301 Atlanta, GA 30307** | | | | Unknown | $0.00 | Unknown |
| **TDRES 2016 LLC c/o Clark Law Group, LLC 17 Executive Park Dr, Ste 480 Atlanta, GA 30329** | | | | Unknown | $0.00 | Unknown |

Debtor **Pine Tree Condominium Association, Inc.**                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Bank as Custodian for Broad river TRF I, L.P., c/o WNCW PC 3500 Lenox Rd, 4th Floor Atlanta, GA 30326** | | | | **Unknown** | **$0.00** | **Unknown** |
| **White Tree Mncpl Cptl 613 LLC c/o Clark Caskey, LLC 17 Executive Park Dr, Ste 480 Atlanta, GA 30329** | | | | **Unknown** | **$0.00** | **Unknown** |

**Fill in this information to identify the case:**

Debtor name      **Pine Tree Condominium Association, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $   **79,500.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $   **304,376.89**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................   $   **383,876.89**

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **1,106.70**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$   **2,262,796.39**

4.   Total liabilities .................................................................................................
    Lines 2 + 3a + 3b                                                                 $   **2,263,903.09**

**Fill in this information to identify the case:**

Debtor name  **Pine Tree Condominium Association, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. **South State Bank** | **Checking** | **6636** | **$71,430.03** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$71,430.03**

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **210,200.00** | - | **0.00** | = .... | **$210,200.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Pine Tree Condominium Association, Inc.**                    Case number *(If known)* _____
Name

| 12. | **Total of Part 3.** | $210,200.00 |
|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **1604 Pine Tree Trail, Atlanta, GA 30349.** | | $79,500.00 | Tax records | $79,500.00 |

| Debtor | **Pine Tree Condominium Association, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $79,500.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** <br> Resident mailing list. | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| Current value of debtor's interest |
|---|

Debtor   **Pine Tree Condominium Association, Inc.**                     Case number *(If known)* _____
Name

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**
     **Causes of action against residents. See Schedule A/B**                              **Unknown**
     **Cause of Action Exhibit.**

| Nature of claim | Unpaid Association fines, assessments, and fees. |
|---|---|
| Amount requested | $0.00 |

     **Judgment against Impact Marketing Solutions, LLC and
     Jacobi Jones as Trustee of the Jones Family Trust**                                   **$22,746.86**

| Nature of claim | Judgment Lien |
|---|---|
| Amount requested | $0.00 |

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                          **$22,746.86**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **Pine Tree Condominium Association, Inc.**                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $71,430.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $210,200.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $79,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $22,746.86 | |
| 91. **Total.** Add lines 80 through 90 for each column | $304,376.89 | + 91b. $79,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $383,876.89 |

Schedule A/B #74

## Potential Causes of Action

| Potential Defendant | Potential Defendant Address[1] |
|---|---|
| MAID Properties, LLC | |
| Deborah Somerville | |
| MAID Properties, LLC | |
| Bundy Investments, LLC | |
| 3904 Holdings, LLC | |
| Clayton Taylor Jr. | |
| Cotti Properties, LLC | |
| Daniel Jackson | |
| Branford Kimble | |

---

[1] Addresses of Potential Defendants have been redacted so as to protect the privacy of the persons listed herein.

**Fill in this information to identify the case:**

Debtor name    **Pine Tree Condominium Association, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **City of South Fulton, Georgia** | | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
| | **c/o Fincher Denmark LLC 100 Hartsfield Cntr Pkwy #400 Atlanta, GA 30354** | | | |
| | Creditor's mailing address | **Describe the lien** **Lis Pendens (26 Pine Cone Ct)** | | |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Flora Assets, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **c/o Ayoub and Mansour, LLC 675 Seminole Ave NW, Ste 301 Atlanta, GA 30307** | | | |
| | Creditor's mailing address | **Describe the lien** **Lis Pendens - 13 Pine Cone Ct** | | |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Debtor   **Pine Tree Condominium Association, Inc.**
Name

Case number (if known) _____

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Fulton Co. Tax Commissioner** | | $467.84 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**141 Pryor St SW #1085 Atlanta, GA 30303**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Tax Lien (2022 - 28 Pine Cone Ct)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Fulton Co. Tax Commissioner** | | $638.86 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**141 Pryor St SW #1085 Atlanta, GA 30303**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Tax Lien (2023 - 26 Pine Cone Ct)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Harvest Assets, LLC** | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
|---|---|---|---|---|

Debtor   **Pine Tree Condominium Association, Inc.**
_____
Name                                              Case number (if known) _____

Creditor's Name

**c/o Ayoub and Mansour, LLC**

**675 Seminole Ave NW, Ste 301**

**Atlanta, GA 30307**
Creditor's mailing address

**Describe the lien**

**Lis Pendens - 1608 Pinetree Trail**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Neptune Capital LLC** |
|---|---|

**Describe debtor's property that is subject to a lien**               **Unknown**        **$0.00**

Creditor's Name

**c/o Fletcher Law Firm LLC 328 SE Alexander St, Suite 10**

**Marietta, GA 30060**
Creditor's mailing address

**Describe the lien**

**Lis Pendens - 3402 Pine Tree Trail #14A**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **TDGA, LLC** |
|---|---|

**Describe debtor's property that is subject to a lien**               **Unknown**        **$0.00**

Creditor's Name

**c/o Ayoub and Mansour, LLC**

**675 Seminole Ave NW, Ste 301**

**Atlanta, GA 30307**
Creditor's mailing address

**Describe the lien**

**Lis Pendens - 2900 Creel Rd**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

---

Debtor    **Pine Tree Condominium Association, Inc.**                                    Case number (if known) _____
_____
Name

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.8 | **TDRES 2016 LLC** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|

Creditor's Name

**c/o Clark Law Group, LLC
17 Executive Park Dr, Ste
480
Atlanta, GA 30329**

Creditor's mailing address                   **Describe the lien**
                                             **Lis Pendens - 26 Pine Cone Ct**

                                             **Is the creditor an insider or related party?**
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.9 | **US Bank as Custodian for Broad** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|

Creditor's Name

**river TRF I, L.P., c/o WNCW
PC
3500 Lenox Rd, 4th Floor
Atlanta, GA 30326**

Creditor's mailing address                   **Describe the lien**
                                             **Lis Pendens - 2511 Pinetree Trail**

                                             **Is the creditor an insider or related party?**
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| Debtor | **Pine Tree Condominium Association, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.1 0 | **White Tree Mncpl Cptl 613 LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**c/o Clark Caskey, LLC
17 Executive Park Dr, Ste 480
Atlanta, GA 30329**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     Unknown     $0.00

**Describe the lien**

**Lis Pendens - 2113 Pinetree Trail**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $1,106.70

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Pine Tree Condominium Association, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Georgia Department of Revenue Compliance Division, ARCS BK 1800 Century Blvd, NE, #9100 Atlanta, GA 30345** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Only** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Only** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Pine Tree Condominium Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Central Insolvency Office**
**401 W. Peachtree St., NW**
**Atlanta, GA 30308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $11,146.19 |

As of the petition filing date, the claim is: *Check all that apply.*

**Alliance Management Group LLC**
**109 Hilltop Drive**
**Canton, GA 30114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $1,394.71 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Andre Forrester**
**709 Pine Tree Trail**
**Atlanta, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $0.00 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Atlantis Plumbing LLC**
**1212 Industrial Blvd N**
**Dallas, GA 30132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **For Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | $0.00 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Bloom Insurance LLC**
**PO Box 730223**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **For Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | $0.00 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Chris Carr, Attorney Genr'l GA**
**Office of the Attorney General**
**40 Capitol Square, SW**
**Atlanta, GA 30334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **For Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Pine Tree Condominium Association, Inc.**                    Case number *(if known)* _____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,205,391.70 |

**City of Atlanta Watershed Dept**
**72 Marietta Street NW**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **8300**

Basis for the claim:  **Accrued Water and Sewer usage bills.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,920.00 |

**Crestmark Roofing&Construction**
**PO Box 1482**
**Douglasville, GA 30133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DNT Conklin, Inc.**
**5170 Belle Wood Ct**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **For Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Georgia Power**
**96 Annex**
**Atlanta, GA 30396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **For Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,118.79 |

**HM Plumbing**
**1750 Powder Springs Rd**
**Suite 190-372**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JR Rodriguez Tree Service LLC**
**6451 N Hampton Dr**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **For Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lueder, Larkin & Hunter**
**5900 Windward Pkwy**
**Suite 390**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **For Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pine Tree Condominium Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Marion Webb**
**4751 Best Road**
**Suite 474**
**Atlanta, GA 30337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |
|---|---|---|---|

**MD & Associates, LLC**
**7350 Wright Drive**
**Atlanta, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mosquito Joe of Decatur**
**2214 Greencliff Dr NE**
**Atlanta, GA 30345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,300.00** |
|---|---|---|---|

**One Atlanta Rehab**
**PO Box 94231**
**Atlanta, GA 30377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Owens & Mitchell CPA**
**3190 Northeast Expy**
**Suite 300**
**Atlanta, GA 30341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PMI Cornerstone**
**125 Townpark Dr, Suite 300**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ross Design Inc**
**847 Ormewood Terrace SE**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pine Tree Condominium Association, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $1,400.00 |

**Southern Gutters & Repairs LLC**
**1301 Keys Ferry Rd**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**State Farm Insurance**
**PO Box 588002**
**North Metro, GA 30029-8002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**U.S. Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Ave NW**
**Washington, DC 20350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**U.S. Attorney**
**600 Richard B. Russell Bldg**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,262,796.39 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,262,796.39 |

Fill in this information to identify the case:

Debtor name      **Pine Tree Condominium Association, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|          List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|          List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|          List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|          List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name **Pine Tree Condominium Association, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City            State            Zip Code | | |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City            State            Zip Code | | |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City            State            Zip Code | | |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City            State            Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Pine Tree Condominium Association, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | **$215,208.34** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other  _____ | **$406,314.33** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other  _____ | **$386,310.40** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Pine Tree Condominium Association, Inc.** | | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Pine Tree Condominium Association, Inc AAF Meguro Yukiko v. Felicia Jenkins 2023CV383268** | **Appeal of dispossessory (Fulton Magistrate Court, case number 22ED222277)** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Pine Tree Condominium Association, Inc v. 1105 Pinetree Trail LLC 2023CV385384** | **Complaint for damages and judicial foreclosure** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Pine Tree Condominium Association, Inc v. Jim Eloy Munoz Gomez 2023CV385383** | **Complaint for damages & judicial foreclosure** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Pine Tree Condominium Association, Inc v. Unknown Heirs of John D. Clark, and Unknown Parties with interest in 1117 Pine Tree Trail 2022CV374253** | **Complaint for damages & judicial foreclosure** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Pine Tree Condominium Association, Inc.**                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **Tonya Clark v. Pine Tree Condominium Association, Inc**<br>A24A0666 | **Appeal of judgment on damages (Fulton County Superior Court, case no. 2022CV374254)** | **Court of Appeals of Georgia** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Patrick Labat, solely in his capacity as Sheriff of Fulton County v. Pine Tree Condominium Association, Inc. et al.**<br>2023CV383061 | **Interpleader** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. **Pine Tree Condominium Association, Inc. v. Loka Holdings, LLC**<br>24CV007331 | **Complaint for damages & judicial foreclosure** | **Fulton County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Pine Tree Condominium Association, Inc. v. Loka Holdings, LLC**<br>24CV007325 | **Complaint for damages & judicial foreclosure** | **Fulton County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Pine Tree Condominium Association, Inc. v. Marcus Bailey**<br>2023CV383591 | **Complaint for damages & judicial foreclosure** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. **Pine Tree Condominium Association, Inc. v. R Atlanta Inc.**<br>24-A-03251-9 | **Complaint for damages & judicial foreclosure** | **Gwinnett County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Pine Tree Condominium Association, Inc. v. Virgil Harris**<br>24CV004931 | **Injunction** | **Fulton County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Virgil Harris v. Pine Tree Condominium Association, Inc.**<br>2023CV375334 | **Post-judgment civil filing** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Pine Tree Condominium Association, Inc. v. Danielle Moore, Jimmie Lay Mary, and Mukhtar Sayeed**<br>2023CV385042 | **Injunction** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. **Virgil Harris v. Pine Tree Condominium Association, Inc.**<br>A24A1360 | **Appeal on dispossessory (Fulton County State Court, case no. 24DD001642)** | **Court of Appeals of Georgia** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Virgil Harris v. Pine Tree Condominium Association, Inc. et al.**<br>24CV008648 | **Declaratory judgment** | **Fulton County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Pine Tree Condominium Association, Inc.**                                   Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.16. **Pine Tree Condominium Association, Inc. v. Vivian McNair**<br>**2023CV385380** | **Complaint for damages & judicial foreclosure** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. **Brieanna Gowdy and Blu Trust v. Pine Tree Condominium Association, Inc.**<br>**22100706** | **Complaint for damages & injunctive relief** | **Cobb County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **Neptune Capital LLC v. Sandra Vaughn a/k/a Sandra Jones et al.**<br>**24CV000096** | **Quiet Title** | **Fulton County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Pine Tree Condominium Association, Inc.**                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jones & Walden, LLC** **699 Piedmont Ave, NE** **Atlanta, GA 30308** | | **June 26, 2024** | **$12,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **Marion Webb** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **AMG - Alliance Management Group LLC** | **2111 Pine Tree Trl, College Park, GA 30349** | **10/21/2022** | **$30,000.00** |
| | **Relationship to debtor** **Contractor** | | | |
| 13.2. | **One Atlanta Rehab** **P.O. Box 94231** **Atlanta, GA 30377** | **26 Pine Cone Ct., College Park, GA 30349.** | **6/14/2023** | **$10,000.00** |
| | **Relationship to debtor** **Contractor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Pine Tree Condominium Association, Inc. | Case number *(if known)* |
|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

Debtor   **Pine Tree Condominium Association, Inc.**                              Case number *(if known)* _____

---

| Part 12: | **Details About Environment Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service
From-To |
| --- | --- |
| 26a.1.   **Angela Mobley** | **January 2018 to January 2022.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **Pine Tree Condominium Association, Inc.**                                   Case number *(if known)* _____

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **PMI Management, LLC**<br>**125 Townpark Dr.**<br>**Suite 300**<br>**Kennesaw, GA 30144** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sayyed Mukhtar** | **507 Pine Tree Trail**<br>**Atlanta, GA 30349** | **Director and President** | |
| **Marion Webb** | **4751 Best Road**<br>**Suite 474**<br>**Atlanta, GA 30337** | **Director and Vice President.** | |
| **Danielle Moore** | **794 Marrietta St. NW**<br>**Unit 94231**<br>**Atlanta, GA 30318** | **Director and Secretary** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mary J. Lay** | **3014 Pine Tree Tr.**<br>**Atlanta, GA 30349** | **Director and Treasurer** | **May of 2017 to March of 2024.** |

Debtor    **Pine Tree Condominium Association, Inc.**                    Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Danielle Moore**<br>**794 Marietta St. NW**<br>**Unit 94231**<br>**Atlanta, GA 30318** | **$195.00** | **02/24/2024** | **Reimbursement for association expense.** |
| | Relationship to debtor<br>**Director and Secretary** | | | |
| 30.2. | **Marion Webb**<br>**4751 Best Road**<br>**Suite 474**<br>**Atlanta, GA 30337** | **$300.00** | **6/18/2024.** | **Reimbursement for association legal expense.** |
| | Relationship to debtor<br>**Director and Vice President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 26, 2024__

__/s/ Marion Webb__                                    __Marion Webb__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __Vice President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

## United States Bankruptcy Court
### Northern District of Georgia

In re **Pine Tree Condominium Association, Inc.**

Debtor(s)

Case No.

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Residents of the Community** | | | **List will be provided upon request** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 26, 2024**

Signature **/s/ Marion Webb**

**Marion Webb**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Pine Tree Condominium Association, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 26, 2024**

**/s/ Marion Webb**

**Marion Webb**/**Vice President**
Signer/Title

Alliance Management Group LLC
109 Hilltop Drive
Canton, GA 30114


Andre Forrester
709 Pine Tree Trail
Atlanta, GA 30349


Atlantis Plumbing LLC
1212 Industrial Blvd N
Dallas, GA 30132


Bloom Insurance LLC
PO Box 730223
Dallas, TX 75373


Chris Carr, Attorney Genr'l GA
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334


City of Atlanta Watershed Dept
72 Marietta Street NW
Atlanta, GA 30303


City of South Fulton, Georgia
c/o Fincher Denmark LLC
100 Hartsfield Cntr Pkwy #400
Atlanta, GA 30354


Crestmark Roofing&Construction
PO Box 1482
Douglasville, GA 30133


DNT Conklin, Inc.
5170 Belle Wood Ct
Buford, GA 30518

Flora Assets, LLC
c/o Ayoub and Mansour, LLC
675 Seminole Ave NW, Ste 301
Atlanta, GA 30307


Fulton Co. Tax Commissioner
141 Pryor St SW
#1085
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division, ARCS BK
1800 Century Blvd, NE, #9100
Atlanta, GA 30345


Georgia Power
96 Annex
Atlanta, GA 30396


Harvest Assets, LLC
c/o Ayoub and Mansour, LLC
675 Seminole Ave NW, Ste 301
Atlanta, GA 30307


HM Plumbing
1750 Powder Springs Rd
Suite 190-372
Marietta, GA 30064


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308

JR Rodriguez Tree Service LLC
6451 N Hampton Dr
Atlanta, GA 30328


Lueder, Larkin & Hunter
5900 Windward Pkwy
Suite 390
Alpharetta, GA 30005


Marion Webb
4751 Best Road
Suite 474
Atlanta, GA 30337


MD & Associates, LLC
7350 Wright Drive
Atlanta, GA 30349


Mosquito Joe of Decatur
2214 Greencliff Dr NE
Atlanta, GA 30345


Neptune Capital LLC
c/o Fletcher Law Firm LLC
328 SE Alexander St, Suite 10
Marietta, GA 30060


One Atlanta Rehab
PO Box 94231
Atlanta, GA 30377


Owens & Mitchell CPA
3190 Northeast Expy
Suite 300
Atlanta, GA 30341


PMI Cornerstone
125 Townpark Dr, Suite 300
Kennesaw, GA 30144

Ross Design Inc
847 Ormewood Terrace SE
Atlanta, GA 30316


Southern Gutters & Repairs LLC
1301 Keys Ferry Rd
McDonough, GA 30252


State Farm Insurance
PO Box 588002
North Metro, GA 30029-8002


TDGA, LLC
c/o Ayoub and Mansour, LLC
675 Seminole Ave NW, Ste 301
Atlanta, GA 30307


TDRES 2016 LLC
c/o Clark Law Group, LLC
17 Executive Park Dr, Ste 480
Atlanta, GA 30329


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350


U.S. Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303


US Bank as Custodian for Broad
river TRF I, L.P., c/o WNCW PC
3500 Lenox Rd, 4th Floor
Atlanta, GA 30326

```
White Tree Mncpl Cptl 613 LLC
c/o Clark Caskey, LLC
17 Executive Park Dr, Ste 480
Atlanta, GA 30329
```

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Pine Tree Condominium Association, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pine Tree Condominium Association, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 26, 2024**

Date

**/s/ Mark D. Gensburg**

**Mark D. Gensburg 213119**

Signature of Attorney or Litigant

Counsel for   **Pine Tree Condominium Association, Inc.**

**Jones & Walden LLC**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
**404-564-9300 Fax:404-564-9301**
**info@joneswalden.com**