# CERTIFIED COPY OF RESOLUTIONS ADOPTED
# BY THE BOARD OF DIRECTORS IN LIEU OF MEETING OF
# PINE TREE CONDOMINIUM ASSOCIATION, INC.

The undersigned Board of Directors (the "<u>Board</u>") of the Pine Tree Condominium Association, Inc. (the "<u>Company</u>"), does hereby certify that the following resolutions were adopted by the Board of the Company in lieu of a meeting on June 26, 2024 and that such resolutions have not been amended or rescinded and are now in full force and effect:

**RESOLVED**, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia is hereby **APPROVED**;

**FURTHER RESOLVED**, that the officers of the Company are authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

**FURTHER RESOLVED**, that the officers of the Company be, and each of them hereby is authorized to retain on behalf of the Company the law firm of Jones & Walden, LLC, and other counsel as they see fit, to render legal services to, and to represent the Company in connection therewith, on such terms as such officer or officers shall approve;

**FURTHER RESOLVED**, that Marion Webb shall serve as the Company's Authorized Representative and is hereby is authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in the case as in his judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by Marion Webb, as Authorized Representative of the Company, or any officer or officers of the Company in connection with the reorganization of the

Company or related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

**WITNESS** the below signatures and the seal of the Company this 26th day of June, 2024.

/s/ *Sayeed Mukhtar*
By: Sayeed Mukhtar, President


/s/ *Marion Webb*
By: Marion Webb, Vice President and Authorized Representative


/s/ *Danielle Moore*
By: Danielle Moore, Secretary