UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| PINE TREE CONDOMINIUM ASSOCIATION, INC., | : | CASE NO. 24-57695 - JWC |
| | : | |
| DEBTOR. | : | |
| | : | |

**NOTICE OF APPEARANCE**

Comes now Lindsay P. S. Kolba and gives notice of her appearance on behalf of Mary Ida Townson, United States Trustee for Region 21.

        MARY IDA TOWNSON
        UNITED STATES TRUSTEE
        REGION 21

        By: _____/s/_____.
        Lindsay P. S. Kolba
        Georgia Bar No. 541621
        United States Department of Justice
        Office of the United States Trustee
        362 Richard Russell Building
        75 Ted Turner Drive SW
        Atlanta, Georgia 30303
        (404) 331-4478
        lindsay.p.kolba@usdoj.gov