IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**PINE TREE CONDOMINIUM ASSOCIATION, INC.,**<br><br>   Debtor. | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO. 24-57695-JWC** |

### NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S ATTORNEY, DEADLINE TO OBJECT AND FOR HEARING

  Pine Tree Condominium Association, Inc. ("Debtor") filed an *Application for Approval of Employment of Debtor's Attorney* (the "Application") on July 26, 2024. Pursuant to the Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at the Clerk's Office, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303, and serve a copy on the applicant's or debtor's attorney, Mark D. Gensburg, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, GA 30308, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

  A hearing on the pleading has been scheduled for the **12th day of September, 2024.** The Court will hold a hearing on the Application **at 11:00 a.m. on September 12, 2024, in Courtroom 1203, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

  If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

This 26th day of July, 2024.

        **JONES & WALDEN LLC**

        */s/ Mark D. Gensburg*
        Mark D. Gensburg
        Georgia Bar No. 213119
        699 Piedmont Avenue, NE
        Atlanta, GA 30308
        (404) 564-9300
        mgensburg@joneswalden.com
        *Proposed Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**PINE TREE CONDOMINIUM ASSOCIATION, INC.,**<br><br>Debtor. | **CHAPTER 11<br>SUBCHAPTER V**<br><br>**CASE NO. 24-57695-JWC** |

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S ATTORNEY

COMES NOW Pine Tree Condominium Association, Inc. (hereinafter "Applicant") and respectfully applies for approval to employ attorneys pursuant to 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002. The grounds for this Application are:

1. On July 26, 2024, Applicant filed a petition for relief under Chapter 11, Subchapter V, of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). Applicant continues to manage its affairs as a debtor-in-possession in accordance with Sections 1184 of the Bankruptcy Code.

2. Applicant wishes to employ the law firm of JONES & WALDEN LLC ("J&W") as counsel in this Chapter 11 case.

3. Attorneys of J&W are admitted to practice before this Court, are familiar with the Applicant's legal and operational problems, have knowledge and experience in bankruptcy practice, and are well qualified to represent Applicant.

4. During the Chapter 11 case, Applicant will require professional services from attorneys, including:

(a) Preparation of pleadings and applications;

(b) Conduct of examination;

(c) Advising Applicant of its rights, duties and obligations as a debtor-in-possession;

(d) Consulting with Applicant and representing Applicant with respect to a Chapter 11 plan;

(e) Performing those legal services incidental and necessary to the day-to-day operations of Applicant's business, including, but not limited to, institution and prosecution of necessary legal proceedings, and general business legal advice and assistance;

(f) Taking any and all other action incident to the proper preservation and administration of Applicant's estate and business.

5. Applicant desires to employ J&W at the firm's ordinary rates for comparable work, plus reasonable expenses, subject to review by the Court, during the pendency of this bankruptcy case. The firm has stated present fee rates of $300.00 to $475.00 per hour for attorneys and $110.00 to $200.00 per hour for paralegals and law clerks. Rates may be adjusted from time-to-time.

6. Attached hereto and incorporated herein by reference is the Verified Statement of an attorney of J&W offered in support of this Application.

7. Pursuant to Bankruptcy Rule 6003(a), Applicant shall not seek an order approving this application until 21 days after the Petition Date.

WHEREFORE, Applicant prays that it be authorized to employ JONES & WALDEN LLC as its attorneys in this Chapter 11 case.

Respectfully submitted this 26th day of July, 2024.

**PINE TREE CONDOMINIUM ASSOCIATION, INC.**

*/s/ Marion Webb*
By: Marion Webb, Vice President & Authorized Representative

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**PINE TREE CONDOMINIUM ASSOCIATION, INC.,**<br><br>Debtor. | **CHAPTER 11<br>SUBCHAPTER V**<br><br>**CASE NO. 24-57695-JWC** |

**DECLARATION IN SUPPORT OF DEBTOR'S APPLICATION
FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S ATTORNEY**

COMES NOW Mark D. Gensburg, who states and declares:

1. I am an attorney in the law firm of Jones & Walden LLC (the "Firm") and in that capacity I have personal knowledge of, and authority to speak on behalf of, the Firm with respect to the matters set out herein. This Declaration is offered in support of the Application of the Debtor in the above-styled case to employ the Firm as the Debtor's attorney (the "Application"), and the matters set out herein are true and correct to the best of my knowledge, information and belief.

2. Neither I nor the Firm have or represent any interest adverse to the Debtor or the Debtor's estate and have no affiliation with any parties in interest except as set forth herein. The Firm has no connections with the Debtor, the Debtor's creditors, any other party in interest or their respective attorneys or accountants. The Firm is not a creditor of the Debtor.

3. The Firm has no partners, associates or other professional employees who are related to the United States Trustee, any person employed in the office of the United States Trustee for the Northern District of Georgia, or with any of the Bankruptcy Judges sitting in the United States Bankruptcy Court for the Northern District of Georgia, provided that the Firm discloses that two of its attorneys (Leon S. Jones and Cameron M. McCord) serve in the "pool" of Subchapter V trustees from which the U.S. Trustee appoints Subchapter V trustees in Subchapter V Chapter 11 cases.

4. Neither I nor the Firm have agreed to share any compensation or reimbursement under 11 U.S.C. § 503(b) with any other person except within the Firm. As of the Petition Date, the Firm holds a $5,787.00 retainer for purposes of this case and its representation of the Debtor herein in which the Firm holds a lien. The Firm will hold the retainer and will only disburse the retainer in accordance with Court order for payment of fees in accordance with 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code.

5. I and other attorneys of the firm are duly admitted to practice law in the United States District Court for the Northern District of Georgia, among other United States Courts. We have had substantial experience in practice before the United States Bankruptcy Court for the Northern District of Georgia and before other Bankruptcy Courts.

6. To the best of the undersigned's knowledge, information and belief, employment of the Firm as attorneys for the Debtor would be appropriate under 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002.

Declared on July 26, 2024.

                                                  **JONES & WALDEN LLC**

                                                  */s/ Mark D. Gensburg*
Mark D. Gensburg
Georgia Bar No. 213119
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
mgensburg@joneswalden.com
*Proposed Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**PINE TREE CONDOMINIUM ASSOCIATION, INC.,**<br><br>          Debtor. | CHAPTER 11<br>SUBCHAPTER V<br><br>CASE NO.  24-57695-JWC |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Application for Approval of Employment of Debtor's Attorney, Deadline to Object and for Hearing* (the "Notice") and *Application for Approval of Employment of Debtor's Attorney* (the "Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Lindsay P. S. Kolba**  lindsay.p.kolba@usdoj.gov
- **Tamara M. Ogier (Sub V Trustee)**    tmo@orratl.com, jc@orratl.com;tmo@trustesolutions.net;ctmo11@trustesolutions.net

I HEREBY CERTIFY that on the date indicated below I caused a true and correct copy of the Notice and Application to be served upon the parties listed on the attached mailing matrix via U.S. First Class Mail by placing same in a properly addressed envelope with adequate postage affixed thereon.

This 26th day of July, 2024.

JONES & WALDEN LLC

*/s/ Mark D. Gensburg*
Mark D. Gensburg
Georgia Bar No. 213119
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
mgensburg@joneswalden.com
*Proposed Attorney for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 24-57695-jwc<br>Northern District of Georgia<br>Atlanta<br>Fri Jul 26 16:41:41 EDT 2024 | Alliance Management Group LLC<br>109 Hilltop Drive<br>Canton, GA 30114-2302 | Andre Forrester<br>709 Pine Tree Trail<br>Atlanta, GA 30349-4976 |
| Atlantis Plumbing LLC<br>1212 Industrial Blvd N<br>Dallas, GA 30132-8354 | Bloom Insurance LLC<br>PO Box 730223<br>Dallas, TX 75373-0223 | (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>BUSINESS AND FINANCE BANKRUPTCY<br>40 CAPITOL SQUARE SW<br>ATLANTA GA 30334-9057 |
| City of Atlanta Watershed Dept<br>72 Marietta Street NW<br>Atlanta, GA 30303-2804 | City of South Fulton, Georgia<br>c/o Fincher Denmark LLC<br>100 Hartsfield Cntr Pkwy #400<br>Atlanta, GA 30354-1370 | Crestmark Roofing&Construction<br>PO Box 1482<br>Douglasville, GA 30133-1482 |
| DNT Conklin, Inc.<br>5170 Belle Wood Ct<br>Buford, GA 30518-5896 | Flora Assets, LLC<br>c/o Ayoub and Mansour, LLC<br>675 Seminole Ave NW, Ste 301<br>Atlanta, GA 30307 | Fulton Co. Tax Commissioner<br>141 Pryor St SW<br>#1085<br>Atlanta, GA 30303-3444 |
| | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia Power<br>96 Annex<br>Atlanta, GA 30396-0002 |
| HM Plumbing<br>1750 Powder Springs Rd<br>Suite 190-372<br>Marietta, GA 30064-4850 | Harvest Assets, LLC<br>c/o Ayoub and Mansour, LLC<br>675 Seminole Ave NW, Ste 301<br>Atlanta, GA 30307 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| | JR Rodriguez Tree Service LLC<br>6451 N Hampton Dr<br>Atlanta, GA 30328-3145 | |
| Lueder, Larkin & Hunter<br>5900 Windward Pkwy<br>Suite 390<br>Alpharetta, GA 30005-5479 | MD & Associates, LLC<br>7350 Wright Drive<br>Atlanta, GA 30349-7912 | Marion Webb<br>4751 Best Road<br>Suite 474<br>Atlanta, GA 30337-5615 |
| Mosquito Joe of Decatur<br>2214 Greencliff Dr NE<br>Atlanta, GA 30345-3671 | Neptune Capital LLC<br>c/o Fletcher Law Firm LLC<br>328 SE Alexander St, Suite 10<br>Marietta, GA 30060-2092 | |
| One Atlanta Rehab<br>PO Box 94231<br>Atlanta, GA 30377-1231 | Owens & Mitchell CPA<br>3190 Northeast Expy<br>Suite 300<br>Atlanta, GA 30341-5323 | PMI Cornerstone<br>125 Townpark Dr, Suite 300<br>Kennesaw, GA 30144-3231 |

```
Pine Tree Condominium Association, Inc.    Ross Design Inc                         Secretary of the Treasury
5900 Windward Pkwy.                        847 Ormewood Terrace SE                 15th & Pennsylvania Avenue, NW
Suite 390                                  Atlanta, GA 30316-2468                  Washington, DC 20200
Alpharetta, GA 30005-5479


Southern Gutters & Repairs LLC             State Farm Insurance                    TDGA, LLC
1301 Keys Ferry Rd                         PO Box 588002                           c/o Ayoub and Mansour, LLC
McDonough, GA 30252-6109                   North Metro, GA 30029-8002              675 Seminole Ave NW, Ste 301
                                                                                   Atlanta, GA 30307


TDRES 2016 LLC                             U. S. Securities and Exchange Commission  U.S.  Attorney General
c/o Clark Law Group, LLC                   Office of Reorganization                U.S. Department of Justice
17 Executive Park Dr, Ste 480              Suite 900                               950 Pennsylvania Ave NW
Atlanta, GA 30329-2222                     950 East Paces Ferry Road, NE           Washington, DC 20350-0001
                                           Atlanta, GA 30326-1382


U.S. Attorney                              US Bank as Custodian for Broad          United States Attorney
600 Richard B. Russell Bldg                river TRF I, L.P., c/o WNCW PC          Northern District of Georgia
75 Ted Turner Drive, SW                    3500 Lenox Rd, 4th Floor                75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303-3315                     Atlanta, GA 30326-4228                  Atlanta GA 30303-3309


United States Trustee                      White Tree Mncpl Cptl 613 LLC
362 Richard Russell Federal Building       c/o Clark Caskey, LLC
75 Ted Turner Drive, SW                    17 Executive Park Dr, Ste 480
Atlanta, GA 30303-3315                     Atlanta, GA 30329-2222
```