**IT IS ORDERED as set forth below:**

**Date: July 29, 2024**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**PINE TREE CONDOMINIUM ASSOCIATION, INC.,**<br><br>**Debtor.** | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO. 24-57695-JWC** |

### ORDER GRANTING DEBTOR'S MOTION FOR
### EXPEDITED HEARING AND NOTICE OF HEARING

Pine Tree Condominium Association, Inc. (the "Debtor") filed a: (i) *Motion Requesting Entry of Order Approving Offer of Adequate Assurance of Future Performance to Respondents* (Docket No. 7) (the "Utilities Motion"), and (ii) *Motion for Expedited Hearing* (Docket No. 8) (the "Emergency Motion") on July 26, 2024. In the Emergency Motion, Debtor requested an expedited hearing to be scheduled on the Utilities Motion at the Court's earliest available date, to prevent any harm to Debtor's ongoing operations. After review of the matters, it is hereby

**ORDERED** that the Emergency Motion is GRANTED, and a hearing will be held regarding the Utilities Motion on **August 1, 2024, commencing at 11:00 a.m. in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303**, which may be attended via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage. It is further

**ORDERED** that Debtor's counsel shall serve a copy of this Order and Notice of Hearing by the method or methods (ECF notice, phone call, electronic mail, fax, courier, etc.) that will provide expeditious notice and service to the Debtor, the Office of the United States Trustee, the Respondents to the Utilities Motion, and the parties listed on Debtor's twenty (20) largest unsecured creditors list. Debtor's counsel is further directed to file a certificate of service setting forth the manner and method of such service prior to the hearing.

Your rights may be affected by the Court's ruling on the Utilities Motion. You should read the Utilities Motion carefully and discuss the Utilities Motion with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the pleadings or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the Utilities Motion with the Clerk at the address stated below, but you are not required

to do so. If you fie a written response, you must attach a certificate of service stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

**[END OF ORDER]**

Prepared & Presented by:
**JONES & WALDEN LLC**
*/s/ Mark D. Gensburg*
Mark Gensburg
Georgia Bar No. 213119
*Proposed Attorney for Debtor*
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
mgensburg@joneswalden.com


**Distribution List:**

Mark D. Gensburg, Jones & Walden LLC, 699 Piedmont Ave, NE, Atlanta, Georgia 30308

Office of the United States Trustee, Suite 362, Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303

Tamara M. Ogier, Subchapter V Trustee, Ogier, Rothschild & Rosenfeld, PC, PO Box 1547, Decatur, GA 30031