**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**PINE TREE CONDOMINIUM ASSOCIATION, INC.,**<br><br>　　　　Debtor. | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO. 24-57695-JWC** |

## NOTICE OF FILING SMALL BUSINESS DOCUMENTS

COMES NOW Pine Tree Condominium Association, Inc. ("Debtor"), and by and through undersigned counsel, hereby shows and files the following: (a) Statement of Operations attached hereto and incorporated by reference as **Exhibit A**; (b) Debtor's most recent Profit and Loss Statements for Fiscal Years 2022 and 2023, plus January-June 2024, attached hereto and incorporated by reference as **Exhibit B**; and (c) *Declaration of Debtor Regarding Small Business Documents Pursuant to 11 U.S.C. § 1116(1)*, attached hereto and incorporated by reference as **Exhibit C**. Debtor has provided a copy of its most recent tax return to the Office of the United States Trustee and the Subchapter V Trustee, and will make such available to creditors upon request to Debtor's counsel.

Respectfully submitted this 2nd day of August, 2024.

**JONES & WALDEN LLC**

*/s/ Mark D. Gensburg*
Mark D. Gensburg
Georgia Bar No. 213119
*Proposed Attorney for Debtor*
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
mgensburg@joneswalden.com

# EXHIBIT "A"

## STATEMENT OF OPERATIONS

Debtor is a Georgia corporation and has been operating since 1984. Debtor serves as the condominium owners association (the "COA") for the Pine Tree Condominiums community (the "Community"). As the COA, Debtor maintains the common areas in the Community and provides for certain repairs, utilities, and services needed within the Community. These services are funded by monthly and special assessments paid by the owners living within the Community.

# EXHIBIT "B"

# PROFIT AND LOSS STATEMENTS

# Profit and Loss Reports

Pine Tree Condominium Assoc Inc.
Prepared for Fiscal Years 2022 and 2023, and
Year to date period ended January 1, – June 30, 2024

Prepared on
July 23, 2024
MD & Associates, LLC

For management use only

# Pine Tree Condominium Assoc Inc.
## Profit and Loss
### January - December 2022

|  | Total |
|---|---:|
| **Income** | |
| Assessment General | 287,738.60 |
| Special Assessment | 0.00 |
| Proceeds - Foreclosure | 9,539.56 |
| Miscellaneous Fees | 9,087.50 |
| NSF Fee Income | 25.00 |
| Legal Fee Income | 10,519.72 |
| Initiation Fees | 1,167.00 |
| Insurance Claim Proceeds | 0.00 |
| Delinquent Fee Income | 39,336.18 |
| Delinquent Interest | 2,653.70 |
| Collection Admin Fee Income | 8,528.19 |
| Violation Fee Income | 17,714.95 |
| **Total Income** | **$ 386,310.40** |
| **Gross Profit** | **$ 386,310.40** |
| **Expenses** | |
| **Administrative Expenses** | |
| Mgmt Contract | 16,718.11 |
| Mgmt Misc | 350.00 |
| Collection Admin | 6,430.50 |
| Office Supplies/Expense | 107.75 |
| Postage - Mailings | 365.78 |
| Bank Charges / NSF | 0.00 |
| Accounting Fees | 1,610.00 |
| Licenses/Permits/Fees | 35.00 |
| Bad Debt Expense | 2,390.00 |
| Misc Admin Expense | 25.00 |
| Loan/Finance Charges | 0.00 |
| Insurance Expense | 55,763.61 |
| Legal General | 13,000.00 |
| Legal Collections | 71,984.65 |
| Other Professional Fees | 325.84 |
| Project Work | 0.00 |
| Audit/Tax Preparation | 0.00 |
| **Total Administrative Expenses** | **$ 169,106.24** |

**Repairs & Maintenance**

| | | |
|---|---|---|
| Garbage Collection | | 0.00 |
| Landscape/Grounds Contract | | 17,587.50 |
| Landscape Other | | 15,350.00 |
| Landscape Replace / Improvement | | 562.50 |
| Security / Courtesy Patrol | | 0.00 |
| General Maintenance / Repair | | 70,719.33 |
| Fence Maintenance / Repair | | 0.00 |
| Roof Maintenance / Repair | | 35,610.00 |
| Exterior Pressure Washing / Other | | 4,149.85 |
| Building Maintenance / Repair | | 0.00 |
| Plumbing Maintenance / Repair | | 54,855.96 |
| Suspense | | 0.00 |
| **Total Repairs & Maintenance** | $ | 198,835.14 |

**Utilities Expense**

| | | |
|---|---|---|
| Electricity | | 4,843.36 |
| Water/Sewer | | 30,000.00 |
| Termite/Pest Control | | 1,975.00 |
| **Total Utilities Expense** | $ | 36,818.36 |
| **Total Expenses** | $ | 404,759.74 |
| **Net Operating Income** | $ | (18,449.34) |
| **Net Income** | $ | (18,449.34) |

Tuesday, Jul 23, 2024 - Accrual Basis

# Pine Tree Condominium Assoc Inc.
## Profit and Loss
### January - December 2023

|  | Total |
|---|---:|
| **Income** | |
|   Assessment General | 341,243.55 |
|   Special Assessment | 0.00 |
|   Proceeds - Foreclosure | 0.00 |
|   Miscellaneous Fees | 12,338.00 |
|   NSF Fee Income | 0.00 |
|   Legal Fee Income | 3,260.00 |
|   Initiation Fees | 6,700.00 |
|   Insurance Claim Proceeds | 28,428.90 |
|   Delinquent Fee Income | 8,704.83 |
|   Delinquent Interest | 0.00 |
|   Collection Admin Fee Income | 5,019.05 |
|   Violation Fee Income | 620.00 |
| **Total Income** | **$ 406,314.33** |
| **Gross Profit** | **$ 406,314.33** |
| **Expenses** | |
| **Administrative Expenses** | |
|   Mgmt Contract | 17,610.00 |
|   Mgmt Misc | 0.00 |
|   Collection Admin | -865.73 |
|   Office Supplies/Expense | 0.00 |
|   Postage - Mailings | 1,564.24 |
|   Bank Charges / NSF | 2,212.00 |
|   Accounting Fees | 640.00 |
|   Licenses/Permits/Fees | 35.00 |
|   Bad Debt Expense | 0.00 |
|   Misc Admin Expense | 125.00 |
|   Loan/Finance Charges | 35,768.73 |
|   Insurance Expense | 53,285.16 |
|   Legal General | 275.00 |
|   Legal Collections | 5,500.00 |
|   Other Professional Fees | 150.00 |
|   Project Work | 0.00 |
|   Audit/Tax Preparation | 0.00 |
| **Total Administrative Expenses** | **$ 116,299.40** |

**Repairs & Maintenance**

| | | |
|---|---:|---:|
| Garbage Collection | | 233.16 |
| Landscape/Grounds Contract | | 36,800.00 |
| Landscape Other | | 5,800.00 |
| Landscape Replace / Improvement | | 6,250.00 |
| Security / Courtesy Patrol | | 0.00 |
| General Maintenance / Repair | | 47,491.77 |
| Fence Maintenance / Repair | | 14,801.00 |
| Roof Maintenance / Repair | | 16,980.10 |
| Exterior Pressure Washing / Other | | 1,601.25 |
| Building Maintenance / Repair | | 650.00 |
| Plumbing Maintenance / Repair | | 97,098.51 |
| Suspense | | 0.00 |
| **Total Repairs & Maintenance** | $ | 227,705.79 |

**Utilities Expense**

| | | |
|---|---:|---:|
| Electricity | | 5,095.57 |
| Water/Sewer | | 20,000.00 |
| Termite/Pest Control | | 1,800.00 |
| **Total Utilities Expense** | $ | 26,895.57 |
| **Total Expenses** | $ | 370,900.76 |
| **Net Operating Income** | $ | 35,413.57 |
| **Net Income** | $ | 35,413.57 |

Tuesday, Jul 23, 2024 - Cash Basis

# Pine Tree Condominium Assoc Inc.
## Profit and Loss
### January - June 2024

|  | Total |
|---|---:|
| **Income** |  |
|   Assessment General | 126,907.16 |
|   Special Assessment | 70,445.26 |
|   Proceeds - Foreclosure | 0.00 |
|   Miscellaneous Fees | 5,989.11 |
|   NSF Fee Income | 0.00 |
|   Legal Fee Income | 0.00 |
|   Initiation Fees | 3,130.00 |
|   Insurance Claim Proceeds | 0.00 |
|   Delinquent Fee Income | 4,528.66 |
|   Delinquent Interest | 0.00 |
|   Collection Admin Fee Income | 0.00 |
|   Violation Fee Income | 4,208.15 |
| **Total Income** | **$ 215,208.34** |
| **Gross Profit** | **$ 215,208.34** |
| **Expenses** |  |
| **Administrative Expenses** |  |
|   Mgmt Contract | 8,805.00 |
|   Mgmt Misc | 0.00 |
|   Collection Admin | -25.00 |
|   Office Supplies/Expense | 0.00 |
|   Postage - Mailings | 839.16 |
|   Bank Charges / NSF | 50.00 |
|   Accounting Fees | 80.00 |
|   Licenses/Permits/Fees | 0.00 |
|   Bad Debt Expense | 0.00 |
|   Misc Admin Expense | -3,108.00 |
|   Loan/Finance Charges | 35,741.27 |
|   Insurance Expense | 21,337.38 |
|   Legal General | -720.62 |
|   Legal Collections | 6,000.00 |
|   Other Professional Fees | 1,758.75 |
|   Project Work | 1,540.80 |
|   Audit/Tax Preparation | 285.00 |
| **Total Administrative Expenses** | **$ 72,583.74** |

**Repairs & Maintenance**

| | | |
|---|---|---:|
| Garbage Collection | | 0.00 |
| Landscape/Grounds Contract | | 22,800.00 |
| Landscape Other | | 10,900.00 |
| Landscape Replace / Improvement | | 0.00 |
| Security / Courtesy Patrol | | 195.00 |
| General Maintenance / Repair | | 40,636.44 |
| Fence Maintenance / Repair | | 1,050.00 |
| Roof Maintenance / Repair | | 21,617.55 |
| Exterior Pressure Washing / Other | | 0.00 |
| Building Maintenance / Repair | | 0.00 |
| Plumbing Maintenance / Repair | | 14,547.98 |
| Suspense | | 656.25 |
| **Total Repairs & Maintenance** | $ | 112,403.22 |

**Utilities Expense**

| | | |
|---|---|---:|
| Electricity | | 2,787.31 |
| Water/Sewer | | 10,000.00 |
| Termite/Pest Control | | 0.00 |
| **Total Utilities Expense** | $ | 12,787.31 |
| **Total Expenses** | $ | 197,774.27 |
| **Net Operating Income** | $ | 17,434.07 |
| **Net Income** | $ | 17,434.07 |

Tuesday, Jul 23, 2024 - Cash Basis

**EXHIBIT "C"**

**DECLARATION OF DEBTOR REGARDING SMALL BUSINESS DOCUMENTS**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**PINE TREE CONDOMINIUM ASSOCIATION, INC.,**<br><br>     **Debtor.** | **CHAPTER 11<br>SUBCHAPTER V**<br><br>**CASE NO.  24-57695** |

**DECLARATION OF DEBTOR REGARDING SMALL
BUSINESS DOCUMENTS PURSUANT TO 11 U.S.C. § 1116(1)**

COMES NOW Marion Webb, who under penalty of perjury states as follows:

(1)    I am over the age of eighteen and am competent to make this Declaration. All information set forth in this Declaration is based upon my own personal knowledge, information or belief.

(2)    I am the Vice President and Authorized Representative of Pine Tree Condominium Association, Inc., the Debtor in the above-styled Chapter 11 Bankruptcy Case.

(2)    Pine Tree Condominium Association, Inc. does not maintain a balance sheet.

(3)    I make this Declaration to show compliance with 11 U.S.C. §1116(1).

I declare under penalty of perjury that I have read the foregoing Declaration and that the same is true and correct to the best of my knowledge, information and belief.

This 2nd day of August, 2024.

                                          **PINE TREE CONDOMINIUM ASSOCIATION, INC.**

                                          *Marion Webb*
                                          _____
                                          Marion Webb, Authorized Representative

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**PINE TREE CONDOMINIUM ASSOCIATION, INC.,**<br><br>Debtor. | CHAPTER 11<br>SUBCHAPTER V<br><br>CASE NO.  24-57695-JWC |

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, the foregoing *Notice of Filing Small Business Documents* (the "Notice") was electronically filed using the Bankruptcy Court's Electronic Case Filing program which sent a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's ECF Program:

- **Soo J. Hong**    bk@cobbcountylaw.com
- **Lindsay P. S. Kolba**    lindsay.p.kolba@usdoj.gov
- **Tamara M. Ogier (Sub V Trustee)**    tmo@orratl.com, jc@orratl.com; tmo@trustesolutions.net;ctmo11@trustesolutions.net

This 2nd day of August, 2024.

JONES & WALDEN LLC

*/s/ Mark D. Gensburg*
Mark D. Gensburg
Georgia Bar No. 213119
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
mgensburg@joneswalden.com
*Proposed Attorney for Debtor*